ACCEPTED
04-15-00095-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/22/2015 9:07:02 PM
KEITH HOTTLE
CLERK

## IN THE COURT OF APPEALS

## FOURTH COURT OF APPEALS DISTRICT OF TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
04/22/2015 9:07:02 PM
KEITH E. HOTTLE
Clerk

**IN THE INTEREST OF**

**N.B., ET. AL.**                                    **NO. 04-15-00095-CV**

**MINOR CHILD**

### APPELLANT'S FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW the Appellant, Michael Blevins, and pursuant to TRAP 10.5(b), respectfully moves the Court to extend the time for filing the Brief of Appellant which is currently due on April 22, 2015, for twenty (20) days, until May 12, 2015. In support of said motion, Appellant would show the Court as follows:

I.

This is an appeal in a parental rights termination case. The trial court, Hon. Charles Montemayor presiding, terminated Appellant's parental rights on February 9, 2015, in Cause No. 2014 PA 00469, *In the Interest of N.B.,* minor child, docketed into the 73rd Judicial District Court of Bexar County, Texas. The Order of Termination was signed on February 9, 2015.

II.

The basis for undersigned counsel's request(s) is as follows: The basis for undersigned counsel's request(s) is as follows: Undersigned counsel had numerous

court settings to appear for last week, including multiple trial settings. The extension of time is necessary to provide effective assistance of counsel. Said extension is not sought for purposes of delay. Undersigned counsel assures the court no further extensions will be requested.

III.

Pursuant to TEX. R. APP. P. 38.6(d), Appellant requests a twenty (20) day extension to file his brief, until May 12, 2015.

IV.

WHEREFORE, PREMISES CONSIDERED, Appellant prays for an extension of time for filing the brief of Appellant until May 12, 2015.

Respectfully submitted,

__/s/ James B. Peplinski____
James B. Peplinski
Attorney at Law
15751 Knollbranch
San Antonio, Texas 78247
Phone (210) 416-1129
Fax (210) 829-5432
Email: JPeplinski@satx.rr.com
Bar No. 24010294
Attorney for Appellant,
Michael Blevins

## CERTIFICATE OF CONFERENCE

Undersigned counsel does not believe any of the opposing parties are opposed to the granting of this motion.

___/s/ James B. Peplinski___
James B. Peplinski


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing motion has been served on all parties in accordance with the Texas Rules of Civil Procedure on the date it was filed.

___/s/ James B. Peplinski____
James B. Peplinski